96 A.3d 986

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen REID, Petitioner.**

Supreme Court of Pennsylvania.

July 8, 2014.

252

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2014, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court **VACATED,** and the matter **REMANDED** to the trial court for further proceedings consistent with *Commonwealth v. Walker,* 625 Pa. 450, 92 A.3d 766, 2014 WL 2208139 (Pa. May 28, 2014). Jurisdiction relinquished.